### JONATHAN CADY *versus* ZIBA HUNTINGTON.

The sheriff is not liable for an escape upon mesne process, if he commit the
body at any time before the writ is returned.

CASE, for escape on mesne process.   The cause was sub-
mitted to the decision of the court upon a statement of facts,
in which it was agreed that the plaintiff sued out a writ
against one *John Griffin*, and delivered it to the defendant,
who arrested *Griffin*, and returned upon the writ that he
had arrested him, and bailed him to *Ziba Huntington ;* that
at the court, where the writ was returnable, the defendant
surrendered *Griffin* in court, who was thereupon committed
to prison by order of court ; but he was afterwards dis-
charged by the court upon a *habeas corpus*, at the same
term, and the action against *Griffin* was entered, and judg-
ment rendered in it upon default for the plaintiff, and exe-
cution issued, but has never been satisfied.

The cause was submitted without argument, and the
opinion of the court was delivered by

RICHARDSON, C. J.   At common law the sheriff might, if
he pleased, suffer a prisoner in his custody upon mesne pro-
cess to go at large without sureties ; but it was at his own
peril (1), and when he had voluntarily suffered such prisoner
to go at large, he might retake him at any time before the
return of the writ.   2 *D. & E.* 172, *Atkinson* vs. *Matte-
son & al.*—5 *Johnson* 182, *Stone* vs. *Woods.*—5 *D. & E.*
37, *Planck* vs. *Anderson & al.*   When a bail bond was
taken, the sheriff might cancel the bond upon a surrender
of the principal at any time before the return of the writ.
6 *D. & E.* 753.—7 *D. & E.* 122.—1 *Bos. & Pul.* 125.

(1) 2 Bl. Com.
290.

<div style="float:right">Cady<br>*vs.*<br>Huntington.</div>

And in case the sheriff had the body in court upon the return of the writ, the exigency of the writ was answered, and no action lay for an escape. 1 *Saunders* 35, *note* 1.— *Tidd's Prac.* 207 & 255. The *English capias ad respondendum* is the same as ours. *Tidd P. Forms* 40.—1 *Laws of N. H.* 92 (2). And in case the sheriff has the body in court upon the return of our writ, the exigency of the writ is answered. In an action for an escape on mesne process, the declaration must allege that the defendant in the original suit did not appear at court. 2 *Chitty Pl.* 299.—*A. Prec.* 289. It is, therefore, very clear, that this action cannot be maintained. The defendant had the body of *Griffin* in court at the return of the writ, which was all that the writ required of him. *Judgment for the defendant.*

<div style="float:right">(2) Statute of Feb. 11, 1791.</div>